

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

_____

No. 07-14-00108-CV
_____

JOHN JONES, APPELLANT

V.

STEWART TITLE GUARANTY COMPANY, APPELLEE

On Appeal from the 72nd District Court
Crosby County, Texas
Trial Court No. 2013-7571, Honorable Ruben Gonzales Reyes, Presiding

May 28, 2014

## MEMORANDUM OPINION

Before CAMPBELL and HANCOCK and PIRTLE, JJ.

Appellant John Jones filed a notice of appeal on March 25, 2014, appealing the trial court's order granting summary judgment in favor of appellee Stewart Title Guaranty Company and denying Jones' motion for summary judgment. The clerk's record was filed on March 28. Appellant's appellate brief was due April 28, 2014. On May 6, this Court sent appellant notice that his brief was overdue and that the appeal was subject to dismissal for want of prosecution if a response was not made by May 16.

*See* TEX. R. APP. P. 38.8(a) (appellant's failure to file a brief in a civil case may result in dismissal for want of prosecution).

To date, neither a brief nor any other response to this Court's communication has been filed. Accordingly, we dismiss the appeal for want of prosecution. TEX. R. APP. P. 38.8(a); 42.3(b).


James T. Campbell
Justice